UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 23-6465-MWF(MRWx)** | | Dated: **October 30, 2023** |
| Title: | William M. Turner -*v*- Porsche Cars North America, Inc., et al. | | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| Rita Sanchez | Amy Diaz |
|---|---|
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Zachary Schwake | Jahmy S. Graham |

**PROCEEDINGS:**   **MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED PUTATIVE CLASS ACTION COMPLAINT [14]; PLAINTIFF'S MOTION TO REMAND [15]; RUSNAK/WESTLAKE'S (1) NOTICE TO JOIN PORSCHE CARS NORTH AMERICA, INC.'S MOTION TO DISMISS; (2) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED PUTATIVE CLASS ACTION COMPLAINT [17]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk   rs

-1-                                                                                              :20 min