JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.  CV 23-6465 (MAAx) | Date:  December 4, 2025 |
| Title:  William Turner, et al. v. Porsche Cars North America, Inc. | |

Present:   The Honorable MICHAEL W. FITZGERALD, U.S. District Judge

| Deputy Clerk: | Court Reporter: |
|---|---|
| Rita Sanchez | Not Reported |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings (In Chambers):**    ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE [108]; ENTRY OF JUDGMENT

Before the Court is Plaintiff Wiliam Turner's Motion for Order Dismissing All Pending Claims with Prejudice (the "Motion"), filed October 2, 2025.  (Docket No. 108).  Defendant Porsche Cars North America filed a Notice of Non-Opposition on October 10, 2025.  (Docket No. 109).

The Motion was noticed to be heard on **November 3, 2025**.  The Court read and considered the papers on the Motion and deemed the matter appropriate for decision without oral argument.  *See* Fed. R. Civ. P. 78(b); Local Rule 7-15.  The hearing was therefore **VACATED** and removed from the Court's calendar.

The Motion is **GRANTED** and Plaintiff's remaining claims are **DISMISSED** *with prejudice*.

As Plaintiff's Motion recounts, the Court has previously ruled on motions to dismiss filed by Defendants.  (Docket Nos. 30, 44).  Therefore, Plaintiff has filed multiple amended complaints, the latest being the Third Amended Complaint ("TAC").  (Docket No. 45).  On June 19, 2025, the Court entered the latest Order granting Defendant's Motion to Dismiss as to the TAC in part, dismissing certain claims from the TAC without leave to amend, and ordered Defendant Porsche to file its Answer as to the remaining claims.  (Docket No. 55).

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.  CV 23-6465 (MAAx)                              Date:  December 4, 2025
Title:    William Turner, et al. v. Porsche Cars North America, Inc.

    Plaintiff now requests dismissal of all of his remaining claims with prejudice in order to appeal this Court's rulings on prior Motions to Dismiss. (Motion at 4). Plaintiff invokes Rule 41(a)(2), which allows the Court to dismiss the action by request of the plaintiff after an answer has been filed "on terms that the court considers proper."

    Given the Court's discretion under Rule 41 to dismiss on terms the Court deems proper and Defendant's stated non-opposition, the Court sees no reason why Plaintiff's remaining claims should not be dismissed with prejudice, as Plaintiff requests. Defendant has not argued that it will suffer prejudice, which is the main concern in granting voluntary dismissals under Rule 41.  *Hamilton v. Firestone Tire & Rubber Co., Inc.*, 679 F.2d 143, 143 (9th Cir. 1982) ("In ruling on a motion for voluntary dismissal, the District Court must consider whether the defendant will suffer some plain legal prejudice as a result of the dismissal.").

    Accordingly, the Motion is **GRANTED**.  Plaintiff's remaining claims are dismissed with prejudice.

    IT IS SO ORDERED.

    This Order shall constitute notice of entry of judgment pursuant to Federal Rule of Civil Procedure 58. Pursuant to Local Rule 58-6, the Court **ORDERS** the Clerk to treat this Order, and its entry on the docket, as an entry of judgment.